IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 7:16-CV-16-RJ

| | |
|---|---|
| CYBERNET LLC; and ALADDIN REAL ESTATE, LLC, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JONATHAN DAVID, in his personal capacity and his official capacity as District Attorney for the 13th Prosecutorial District of North Carolina; JAMES McVICKER, in his personal capacity and his official capacity as Sheriff of Bladen County, North Carolina; and TRAVIS DEAVER in his personal capacity and his official capacity as Deputy Sheriff of Bladen County, North Carolina, )<br>)<br>Defendants. ) | MOTION FOR SUMMARY JUDGMENT |

NOW COMES the defendant, Jonathan David, District Attorney for the 13th Prosecutorial District of North Carolina, in his individual and official capacities, by and through Joshua H. Stein, North Carolina Attorney General, and David J. Adinolfi II, Special Deputy Attorney General, and moves this Court for summary judgment pursuant to Federal Rule of Civil Procedure 56(c) on the ground that there is no genuine issue of material fact and defendant David is entitled to judgment as a matter of law.

Respectfully submitted this 7th day of March, 2018.

JOSHUA H. STEIN
Attorney General

/s/ David J. Adinolfi II
Special Deputy Attorney General
North Carolina State Bar No. 27169
North Carolina Department of Justice
P.O.Box 629
Raleigh, N.C. 27602
Facsimile: (919) 716-6760
Email: dadinolfi@ncdoj.gov

CERTIFICATE OF FILING AND SERVICE

The undersigned hereby certifies that he has this day served a copy of the defendant's Motion for Summary Judgment upon the persons indicated below by depositing said copy in the United States mail, postage prepaid, and electronically filed the foregoing Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which may also send notification of such filing to the following:

>   Patrick Spaugh, Esq.
>   Christopher J. Geis, Esq.
>   Womble Carlyle Sandridge & Rice, LLP
>   One West Fourth Street
>   Winston-Salem, NC 27101
>
>   William J. Brian, Jr., Esq.
>   Keith P. Anthony, Esq.
>   Morningstar Law Group
>   630 David Drive, Suite 200
>   Morrisville, North Carolina 27560

This the 7th day of March, 2018.

/s/ David J. Adinolfi II
Special Deputy Attorney General