# Exhibit J
# Deposition Exhibit 4

05/29/2015

Search Warrants at two locations

-Aladdin Sweepstakes, 29 Third Street Dublin

- "Lil Aladdin", 34 Third Street Dublin

Incident Commanders- Capt. Tyler, Lt. Jenkins and Agent Borresen

Search team- Capt. Tyler, Lt. Jenkins and Agent Borresen

Security- Capt. Bridgers will assign marked units Brisson, Deaver

Photographs- Lt Johnson

Transport / warrant service - Lutz, Brown

Evidence- Matthews, Hunsinger

Load Evidence- Kelly, Lindsay, Hester, Allen, Marlowe (Lutz and Brown after Warrant service)

Transport evidence- Marlowe, Lindsay, member of evidence team

- Lt Jenkins and Agent Borresen will direct what evidence is to be seized and review of documents.
- Seize and freeze "lil Aladdin" until completion of Large Aladdin

*** **Be professional**, remember people are watching and cameras will be everywhere. ***

EXHIBIT 4

00071