Exhibit K

Deposition Exhibit 5

# BLADEN COUNTY SHERIFF'S DEPARTMENT
## CRIME SCENE LOG SHEET

OCA# 2015-1188        DATE 5/29/15

CRIME _____

LOCATION Little Aladdin Sweepstakes

| NAME | AGENCY | TIME IN | TIME OUT | SIGNATURE |
|---|---|---|---|---|
| Richard Allen | BCSO | 10:21 | 10 35 | |
| M.J Hester | BCSO | 10:21 | 10 35 | |
| Chad Britt | BCSO | 10:21 | 10 37 | |
| Travis Draver | CXPD | 10:22 | 1555 | ~~signature~~ |
| CPT Jeff Tyler | BCSO | 10:24 | 1415 /1850 | |
| Glen Emery | DAs office | 10:24 | 1035 | |
| Scott Pait | DAs office | 10:24 | 10 35 | |
| Hareem Brown | DCSO | 10:26 | 1037 /1700 | |
| Richard Jenkins | CCSO | 10:27 | 1850 | |
| David Powless | CCSO | 12:55 | 1850 | |
| Kevin Hunsinger | BCSO | 13:11 | 1440 1850 | Kev Hun |
| Roy Marlowe | DCSO | 13:37 | 1940 | |
| Capt Jeff Bridgers | BCSO | 13:38 | 1435 | |
| Margon Johnson | DCSO | 1340 | 1440 | |
| Ron Matthews | ACSO | 1341 | 1440 1850 | |
| Sue Lutz | BCSO | 1343 | 1440 1850 | Sue Lutz |
| I Rene Riel | DAs office | 1346 | 1418 | Sue Graham Riel |
| Tommy Lindsey | BCSO | 1348 | 1440 1850 | |
| m????? Guyton | XCSO | 1350 | 1350 | |
| David Borreson | CCSO | 10:21 | 1440 1700 | |
| Downie W Powless Jr | LocK smith | 1536 | 1850 | |



00042

BCSO 0212
Rule 26(a)(1)

C. Brisson

# BLADEN COUNTY SHERIFF'S DEPARTMENT
## CRIME SCENE LOG SHEET

OCA# 2015-1189          DATE 05/29/15

CRIME N.C.G.S. 14306.1A(A) Operate more than 5 video machines / N.C.G.S 14-306.3(B) Certain Game Promotions unlawful

LOCATION Aladdin Sweepstakes 3rd St Dublin, N.C.

| NAME | AGENCY | TIME IN | TIME OUT | SIGNATURE |
|---|---|---|---|---|
| Kevin Hunsinger | B.C.S.O. | 1015 | 1653 | |
| Kay Marlowe | B.C.S.O. | 1015 | 1306 | |
| Jeff Tyler | B.C.S.O. | 1015 | 1653 | |
| Jeff Bridgers | B.C.S.O. | 1015 | 1306 | |
| Tammy Lindsey | B.C.S.O. | 1015 | 1653 | Tammy Lindsey |
| Larry Guyton | B.C.S.O. | 1015 | 1653 | Larry Guyton |
| Scott Pait | DA Office | 1015 | 1653 | |
| Ron Mathews | B.C.S.O. | 1015 | 1653 | |
| David Borreson | C.C.S.O. | 1015 | 1653 | |
| Glenn Emory | DA Office | 1015 | 1653 | |
| Chris Brisson | B.C.S.O. | 1015 | 1653 | C.B. |
| Sheriff McVicker | B.C.S.O. | 1140 | 1653 | |
| Jeff Singletary | B.C.S.O. | 1140 | 1653 | |
| Sue Lutz | B.C.S.O. | 1252 | 1306 | |
| LT. Jenkins | C.C.S.O. | 1015 | 1653 | |
| Irene Reil | DA Office | 1310 | 1306 | Irene Graham Reil |
| Morgan Johnson | B.C.S.O. | 1015 | 1653 | |
| Scott Pait | DA | 1405 | 1407 | |
| Chad Britt | B.C.S.O | 1310 | 1653 | |

00044