Exhibit N

Deposition Exhibit 37




**Title: Supplement#1 - Narrative**
**Author:** Jeffery Tyler
**Date / Time:** 06/09/2015 15:02 Hrs  **Supp #:** 1

On 03-17-2015, members the Bladen County Sheriff's Office met with Cumberland County Sheriff's Office Organized Crime Unit and District Attorney Jon David along with members of his staff, to discuss the illegal gaming operations at the Aladdin Sweepstakes in Dublin NC.

It was determined the Bladen County Sheriff's Office would conduct an investigation into the operation of the Aladdin Sweepstakes. Cumberland County's Organized Crime Unit would supply an undercover officer to enter into the business to determine if any illegal gaming was taking place.

On 04-29-2015, Inv. Richard Allen, Inv. Matt Hester and myself, met with Lt Richard Jenkins, Agent Paul Hinson, and Agent Dave Borresen of the Cumberland County Organized Crime Unit (CCSOOCU), to conduct an undercover operation at the Aladdin Sweepstakes one located at 29 Third Street and another located 34 Third Street Dublin. See case file for undercover officers notes.

On 05-04-2015, Inv. Richard Allen, Inv. Matt Hester and myself, met with Lt. Richard Jenkins and Agent Dave Borresen of the Cumberland County Organized Crime Unit (CCSOOCU), to conduct another undercover operation at the Aladdin Sweepstakes one being located at 29 Third Street and another being located 34 Third Street Dublin. See case file for undercover officers notes.

On 05-08-2015, Inv. Richard Allen and myself, met with Lt. Richard Jenkins and Agent Dave Borresen of the Cumberland County Organized Crime Unit (CCSOOCU), to conduct another undercover operation at the Aladdin Sweepstakes one being located at 29 Third Street and another being located 34 Third Street Dublin. See case file for undercover officers notes.

On 05-18-2015, members the Bladen County Sheriff's Office met with Cumberland County Sheriff's Office Organized Crime Unit and Assistant District Attorney Glen Emory to discuss the illegal gaming investigation that had been conducted at the two Aladdin Sweepstakes stores in Dublin NC. It was decided that one more undercover operation would be conducted at the two Aladdin Sweepstakes in Dublin NC.

On 05-26-2015, Inv. Richard Allen and myself, met with Agent Dave Borresen of the Cumberland County Organized Crime Unit (CCSOOCU), to conduct another undercover operation at the Aladdin Sweepstakes one being located at 29 Third Street and another being located 34 Third Street Dublin. See case file for undercover officers notes.

On 05-26-2015, I printed a copy of an interview that Jeffrey Smith gave to the Bladen Journal Newspaper. See case file for article. I also printed from Bladen County GIS a map of 29 Third Street Dublin NC and a copy of the tax record. See case file for these printouts. Also a copy of where the business was filed with the Department of the Secretary of State Office.

On 05-28-2015, I produced a search warrant for the Aladdin Sweepstakes located at 29 Third Street Dublin NC, The search warrant was signed by Superior Court Judge Jim Ammon.

On 05-29-2015, I obtained warrants on:
Jeffrey Scott Smith for Operate > 5 Video Machines and Certain Game Promotions Unlawful
Holly Ward Smith for Operate > 5 Video Machines and Certain Game Promotions Unlawful

Brittany Joan Meshaw for Op⬤e > 5 Video Machines
April Fields for Operate > 5 Video Machines

On 05-29-2015, Executed the search warrant for the Aladdin Sweepstakes located at 29 Third Street Dublin NC. See case file for seized evidence.
Inv Sue Lutz obtained from Dublin Town Hall a copy of the business license for Aladdin Sweepstakes.

On 06-02-2015, I received a phone call from Courtney Hester, a former employee of the Aladdin. Hester stated she wanted to speak with me about the business. I made arrangements to meet with Hester on 06-05-2015 in Lumberton to discuss the business.

On 06-05-2015, Inv Tommy Lindsay and I met with Hester at that Texas Restaurant parking lot in Lumberton. Hester gave a state concerning the operations of the business. See case file for audio copy of the interview.

| Signed: Captain J. Tyler (#0161) | Reviewed By: Captain J. Tyler (#0161) |
|---|---|

00018

Report Run On: Wednesday June 10, 2015 7:27:00 PM    By: JT    BC8O00190
Case 7:16-cv-00016-RJ   Document 97-15   Filed 03/30/18   Page 3 of 26(a)(1)