Exhibit P

Deposition Exhibit 49

| STATE OF NORTH CAROLINA | File No. |
|---|---|
| Bladen County | In The General Court Of Justice ☑ District ☐ Superior Court Division |

| IN THE MATTER OF: | |
|---|---|
| Name<br>29 Third Street Dublin, NC 28332 | **INVENTORY OF ITEMS SEIZED<br>PURSUANT TO SEARCH**<br>G.S. 15A-223, 15A-254, -257 |

I, the undersigned officer, executed a search of:

| Person, Premises Or Vehicle Searched | Date Of Search |
|---|---|
| 29 Third Street Dublin, NC 28332 | 05/29/2015 |

This search was made pursuant to

☑ 1. a search warrant issued by: Superior Court Judge Jim Ammons

☐ 2. consent to search given by: _____

☐ 3. other legal justification for the search: _____

The following items were seized:

Bar area:
1-stereo
3-power supply
2-reciept printer
2-cash drawer
1-set walkie talkies
1-bar code scan wand
3-sets of power cords and cables
1- bag cont:$1 us currency ,$.12 and misc papers

Office area:
3-boxes of misc cords/cables and computer parts
1-box cont: sneeze shield
2- small bags w misc papers
1-electronic time punch w time cards
1- small safe
2- bag misc keys
Three room areas:
1-ATM machine (cont:$440.00)
65-monitors
47-CPU's
7- cpu towers
2- air wireless units
3- tv's
20 - stand alone machines
1- box cont 27 mouse
6- bagged evidence of misc receipts and papers
6- boxes of misc cords/power units/cables/keyboards/mouse
1- index card box
2- advert boards
4-pcs misc parts/routers
6-security cameras
1- 2 drawer file cabinet
3-boxes misc cords, cables and power units
2- box cont 19 keyboards
2- router boxes
2- unopened Tiger Direct boxes

**EXHIBIT 49** 8-30-17

2015 JUN -2 P 3: 46
BLADEN COUNTY, C.S.C.

00042

A TRUE COPY
CLERK OF SUPERIOR COURT
BLADEN COUNTY

AOC-CR-206, Rev. 5/98
©1998 Administrative Office of the Courts
Original - File   Copy - Person Whose Property Seized
(Over)
Assistant Deputy Clerk Superior Court
BCSO 0213
Rule 26(a)(1)

Case 7:16-cv-00016-RJ   Document 97-17   Filed 03/30/18   Page 2 of 3

Items Seized Continued:
1- Neon sign
1- Key chain with keys

FILED
2015 JUN -2 P 3: 46
BLADEN COUNTY C.S.C.

☐ 1. I left a copy of this inventory with the person named below, who is:
  ☐ a. the owner of the premises searched.
  ☐ b. the owner of the vehicle searched.
  ☐ c. the person in apparent control of the premises searched.
  ☐ d. the person in apparent control of the vehicle searched.
  ☐ e. the person from whom the items were taken.
☑ 2. As no person was present, I left a copy of this inventory:
  ☐ a. in the premises searched, identified on the reverse.
  ☐ b. in the vehicle searched, identified on the reverse.

Name And Address Of Person To Whom A Copy Of This Inventory Was Delivered, If Any
Attorney Alan Maynard
121 Courthouse Dr, Elizabethtown, NC 28337
(910) 862-8461

The law enforcement agency identified below will hold the seized property subject to court order.

| SWORN AND SUBSCRIBED TO BEFORE ME | Signature Of Law Enforcement Officer |
|---|---|
| Date | Title Of Law Enforcement Officer |
| | Captain J.L. Tyler |
| Signature | Name And Address Of Agency |
| ☐ Deputy CSC  ☐ Assistant CSC | Bladen County Sheriff's Office |
| ☐ Clerk Of Superior Court  ☐ Magistrate | 201 East King Street |
| | Elizabethtown NC 28337 |

**ACKNOWLEDGMENT OF RECEIPT**

I, the undersigned, received a copy of this inventory.

| Date | Signature of Person Receiving Inventory |
|---|---|

A TRUE COPY
CLERK OF SUPERIOR COURT
BLADEN COUNTY

AOC-CR-206, Side Two, Rev. 5/98
© 1998 Administrative Office of the Courts

00043

BCSO 0214

Rule 26(a)(1)