Exhibit Q

Deposition Exhibit 51

| File No. | STATE OF NORTH CAROLINA | In The General Court Of Justice |
|---|---|---|
| **SEARCH WARRANT** | BLADEN County | District/Superior Court Division |

**IN THE MATTER OF**

34 Third St. Dublin, NC 28332

| Date Issued | Time Issued |
|---|---|
| 05/28/2015 | 7:05 ☐ AM ☒ PM |

Name Of Applicant
Capt. Jeffery Tyler

Name Of Additional Affiant

Name Of Additional Affiant

To any officer with authority and jurisdiction to conduct the search authorized by this Search Warrant:

I, the undersigned, find that there is probable cause to believe that the property and person described in the application on the reverse side and related to the commission of a crime is located as described in the application.

You are commanded to search the premises, vehicle, person and other place or item described in the application for the property and person in question. If the property and/or person are found, make the seizure and keep the property subject to Court Order and process the person according to law.

You are directed to execute this Search Warrant within forty-eight (48) hours from the time indicated on this Warrant and make due return to the Clerk of the Issuing Court.

This Search Warrant is issued upon information furnished under oath by the person(s) shown.

**RETURN OF SERVICE**

I certify that this Search Warrant was received and executed as follows:

| Date Received | Time Received |
|---|---|
| 5-28-2015 | 7:10 ☐ AM ☒ PM |

| Date Executed | Time Executed |
|---|---|
| 5-29-2015 | 10:20 ☒ AM ☐ PM |

☒ I made a search of 34 Third ST Dublin NC

_____ as commanded.

☒ I seized the items listed on the attached inventory.

☐ I did not seize any items.

☐ This Warrant WAS NOT executed within forty-eight (48) hours of the date of issuance and I hereby return it not executed.

Signature Of Officer Making Return
J. Tyler

| Department Or Agency Of Officer | Incident Number |
|---|---|
| Bladen Co Sheriff Off | 2015-1188 |

| Date | Signature |
|---|---|
| 5-29-15 | [signature] |

☐ Deputy CSC ☐ Assistant CSC ☐ CSC
☐ Magistrate ☐ District Ct. Judge ☒ Superior Ct. Judge

This Search Warrant was returned to me on the date and time shown below.

| Date | Time | | Signature |
|---|---|---|---|
| 6/2/15 | 3:49 | ☐ AM ☒ PM | [signature] |

☐ Deputy CSC ☐ Assistant CSC
☐ Clerk Of Superior Court

A TRUE COPY
CLERK OF SUPERIOR COURT
BLADEN COUNTY

FILED 2015 JUN -2 P 3:46
BLADEN COUNTY, C.S.C.

AOC-CR-119, Rev. 9/02
©2002 Administrative Office of the Courts

(Over)

Page 1 of 11

BCSO 00326
Rule 26(a)(1)

EXHIBIT 51

# APPLICATION FOR SEARCH WARRANT

BCSO 00327
Rule 26(a)(1)

I, Captain Jeffery Tyler,
*(Insert name and address; or if law enforcement officer, name, rank and agency)*

being duly sworn, request that the Court issue a warrant to search the person, place, vehicle, and other items described in this application and to find and seize the property and person described in this application. There is probable cause to believe that *(Describe property to be seized; or if search warrant is to be used for searching a place to serve an arrest warrant or other process, name person to be arrested)*
SEE AFFIDAVIT

(and)
[X] *(Name and/or describe other places or items to be searched, if applicable)*
SEE AFFIDAVIT

The applicant swears to the following facts to establish probable cause for the issuance of a search warrant:
SEE AFFIDAVIT

constitutes evidence of a crime and the identity of a person participating in a crime. *(Name crime)* Illegal Gambling

and is located *(Check appropriate box(es) and fill-in specified information)*

[X] in the following premises *(Give address and, if useful, describe premises)*
SEE AFFIDAVIT

SWORN AND SUBSCRIBED TO BEFORE ME  Date 5/28/15

Date 5-28-15

Signature

[ ] Magistrate  [ ] Dep. CSC  [ ] Asst. CSC  [ ] Clerk of Superior Court  [X] Judge

Signature of Applicant

[X] In addition to the affidavit included above, this application is supported by additional affidavits, attached, made by Captain Jeffery Tyler

(and)
[X] on the following person(s) *(Give name(s) and, if useful, describe person(s))*
SEE AFFIDAVIT

[X] In addition to the affidavit included above, this application is supported by sworn testimony, given by Captain Jeffery Tyler

This testimony has been *(check appropriate box)* [X] reduced to writing
[ ] tape recorded and I have filed each with the clerk.

(and)
[ ] in the following vehicle(s) *(Describe vehicle(s))*

**NOTE:** *If more space is needed for any section, continue the statement on an attached sheet of paper with a notation saying "see attachment." Date the continuation and include on it the signatures of applicant and issuing official.*

AOC-CR-119, Rev. 9/02
©2002 Administrative Office of the Courts

Page 2 of 11

(STATE OF NORTH CAROLINA )
(COUNTY OF BLADEN )                    AFFIDAVIT
( )

.... SEARCH WARRANT IN THE MATTER OF JEFFREY S SMITH OR ANY PERSON IN CONTROL OF ALADDIN SWEEPSTAKES, 34 THIRD STREET DUBLIN, NC. THE BUSINESS IS TAN BUILDING WITH A STONE FRONT WALL WITH A RED AWNING ON THE FRONT AND HAS SIGNAGE INDENTIFYING AS ALADDIN SWEEPSTAKES ON THE FRONT ENTRANCE DOOR.

I, J. L. Tyler, being duly sworn, depose and say:
I am a law enforcement officer, being employed by the Bladen County Sheriff's Office, and a duly appointed deputy of the Sheriff of Bladen County.
I am the Captain supervising the Criminal Investigations Division and have been a sworn law enforcement officer for over 21 years. I have been awarded the Advanced Law Enforcement Certification from the North Carolina Sheriffs Education and Training Standards Commission. I have earned a Bachelor of Science Degree in Criminal Justice Administration from Mount Olive College. I have also earned an Associate in Applied Science Degree in Criminal Justice Technology from Bladen Community College. I have received training in, Criminal Investigation at Johnston Community College, Robeson Community College, Bladen Community College, the Federal Law Enforcement Training Center and the Mid Atlantic Narcotics Training Academy in Atlantic Beach, NC. I have conducted investigations concerning Murders, Death Investigations, Breaking and Entering, Larceny, Financial Crimes, Assaults, and Child Sex Cases.

Prior to April 29, 2015, the office of Sheriff of Bladen County received a number of citizen reports complaining of illegal gaming activities occurring in a premises identified as Aladdin in Dublin, Bladen County, North Carolina, including reports of the operation of gaming machines which provided card games, keno, and other illegal games. Also reports were also received from local churches complaining that citizens would partition the churches for money, stating they had lost their money at the Aladdin and could not support their families.

On April 29th 2015, the Bladen County Sheriff's Office, with assistance from the Cumberland County Sheriff's Office initiated an investigation into the allegations of illegal gambling operations in violation of North Carolina Statue 14-292. Gambling, 14-304. Manufacture, sale, etc. of slot machines or devices, 14-305. Agreements with reference to slot machines or devices made unlawful, 14-306.1A. Types of machines and devices prohibited by law, 14-306.4 Electronic machines and devices for sweepstakes prohibited; and other violations of Part 1 of Article 37 A of the North Carolina General Statues.

SWORN AND SUBSCRIBED BEFORE ME
THIS 2Y DAY OF May , 2015.

_____        7:05 PM
Superior Court Judge            Time

A TRUE COPY
CLERK OF SUPERIOR COURT
BLADEN COUNTY        Page 3 of 11

Collins
Assistant, Deputy Clerk Superior Court

2015 JUN -2 P 3:46

00029

BCSO 00328
Rule 26(a)(1)

Case 7:16-cv-00016-RJ Document 97-18 Filed 03/30/18 Page 4 of 12

```
(                                    )
(STATE OF NORTH CAROLINA              )
(COUNTY OF BLADEN                     )          AFFIDAVIT
(                                    )
```

**.... SEARCH WARRANT IN THE MATTER OF JEFFREY S SMITH OR ANY PERSON IN CONTROL OF ALADDIN SWEEPSTAKES, 34 THIRD STREET DUBLIN, NC. THE BUSINESS IS TAN BUILDING WITH A STONE FRONT WALL WITH A RED AWNING ON THE FRONT AND HAS SIGNAGE INDENTIFYING AS ALADDIN SWEEPSTAKES ON THE FRONT ENTRANCE DOOR.**

10:27am the undercover Agent arrived at the business and pulled the CCSO undercover vehicle in front of the business and parked. The business has a large sign with "Aladdin Sweepstakes" above the door. The undercover Agent walked to the front door with a tinted window and rang the doorbell. Moments later the undercover Agent pulled on the door handle and the door opened.

The undercover Agent walked into the business and observed 25 sweepstakes monitors which appeared to be operational as well as several large computers on the counters next to the flat screen computer screens. The undercover Agent walked to the second room of three and stepped to the center bar area. In this room the undercover Agent observed 20 Sweepstakes machines some of which had the flat screen monitors mounted in Video Gaming Machine (VGM) cabinets. The monitors in this room had the words "Blue Diamond" on the screen. At the bar were four computers and an Indian female who has positively identified as Sonya Silva. The undercover Agent had previously met Silva at the gambling business across the street known as Lil Aladdin on several occasion.

The undercover Agent asked Silva what she was doing there and Silva replied she worked both locations. The undercover Agent handed Silva $20 of Bladen County SFA's and a NC driver's license. Silva took the Agent's license and imputed the Agent's license number into the computer. The undercover Agent walked into the third room and attempted to log into one of the computers but was unable to. The undercover Agent walked back to the counter and waited for Silva to come assist the Agent with logging in. Silva then walked into the back room and logged the Agent into one of the computers. After playing the game Double Wilds Triple on the computer the undercover Agent hit the "redeem" button on the computer screen. The undercover Agent then walked to the counter in the second room to receive his winnings. The undercover Agent was paid out thirteen dollars in US Currency by Silva. The undercover Agent then exited out of the front door.

SWORN AND SUBSCRIBED BEFORE ME
THIS _78_ DAY OF _May_, 2015.

_____          _____
Superior Court Judge    Time                   Affiant

A TRUE COPY    Page _5_ of _11_
CLERK OF SUPERIOR COURT
BLADEN COUNTY

BLADEN COUNTY, S.C.
2015 JUN -2 P 3:16
FILED
00031

BCSO 00329
Case 7:10-cv-00016-RJ   Document 97-18   Filed 03/30/18   Page 5 of 12
Rule 26(a)(1)

( ) 
(STATE OF NORTH CAROLINA )
(COUNTY OF BLADEN )          AFFIDAVIT
( )

.... SEARCH WARRANT IN THE MATTER OF JEFFREY S SMITH OR ANY PERSON IN CONTROL OF ALADDIN SWEEPSTAKES, 34 THIRD STREET DUBLIN, NC. THE BUSINESS IS TAN BUILDING WITH A STONE FRONT WALL WITH A RED AWNING ON THE FRONT AND HAS SIGNAGE INDENTIFYING AS ALADDIN SWEEPSTAKES ON THE FRONT ENTRANCE DOOR.

10:27am the undercover Agent arrived at the business and pulled the CCSO undercover vehicle in front of the business and parked. The business has a large sign with "Aladdin Sweepstakes" above the door. The undercover Agent walked to the front door with a tinted window and rang the doorbell. Moments later the undercover Agent pulled on the door handle and the door opened.

The undercover Agent walked into the business and observed 25 sweepstakes monitors which appeared to be operational as well as several large computers on the counters next to the flat screen computer screens. The undercover Agent walked to the second room of three and stepped to the center bar area. In this room the undercover Agent observed 20 Sweepstakes machines some of which had the flat screen monitors mounted in Video Gaming Machine (VGM) cabinets. The monitors in this room had the words "Blue Diamond" on the screen. At the bar were four computers and an Indian female who has positively identified as Sonya Silva. The undercover Agent had previously met Silva at the gambling business across the street known as Lil Aladdin on several occasion.

The undercover Agent asked Silva what she was doing there and Silva replied she worked both locations. The undercover Agent handed Silva $20 of Bladen County SFA's and a NC driver's license. Silva took the Agent's license and imputed the Agent's license number into the computer. The undercover Agent walked into the third room and attempted to log into one of the computers but was unable to. The undercover Agent walked back to the counter and waited for Silva to come assist the Agent with logging in. Silva then walked into the back room and logged the Agent into one of the computers. After playing the game Double Wilds Triple on the computer the undercover Agent hit the "redeem" button on the computer screen. The undercover Agent then walked to the counter in the second room to receive his winnings. The undercover Agent was paid out thirteen dollars in US Currency by Silva. The undercover Agent then exited out of the front door.

SWORN AND SUBSCRIBED BEFORE ME
THIS _7Y_ DAY OF _May_, 2015.

_____     _7:05 PM_
Superior Court Judge          Time

Affiant
BLADEN COUNTY S.O.

2015 JUN -2 P 3:46
FILED

A TRUE COPY   Page _5_ of _11_
CLERK OF SUPERIOR COURT    00031
BLADEN COUNTY

Case 7:16-cv-00016-RJ   Document 97-18   Filed 03/30/18   Page 6 of 12
BCSO 00330
Rule 26(a)(1)

( ) ( )
(STATE OF NORTH CAROLINA )
(COUNTY OF BLADEN ) AFFIDAVIT
( )
( )

.... SEARCH WARRANT IN THE MATTER OF JEFFREY S SMITH OR ANY PERSON IN CONTROL OF ALADDIN SWEEPSTAKES, 34 THIRD STREET DUBLIN, NC. THE BUSINESS IS TAN BUILDING WITH A STONE FRONT WALL WITH A RED AWNING ON THE FRONT AND HAS SIGNAGE INDENTIFYING AS ALADDIN SWEEPSTAKES ON THE FRONT ENTRANCE DOOR.

The undercover Agent then got into a Cumberland County vehicle and drove directly across the street to 34 3rd Street which is the business on the far right of the shopping center and has a name of "Lil Aladdin". The undercover Agent walked in and towards the back where a white female was sitting behind the counter. The female has been positively identified as Brittney Meshaw Heverly. The undercover Agent had met Heverly at the gambling location across the street. Heverly asked the undercover Agent if the Agent had ever been to this location. The undercover Agent replied "Yes" and handed Heverly, a NC Driver's License as well as twenty dollars in SFA moneys. Heverly was unable to locate the Agent in the computer system and asked the Agent when the Agent had been to this location. The undercover Agent advised a week or so prior. Heverly stated they had changed software providers because the provider they used was leaving the state and they had gotten new gambling software. The undercover Agent asked which software the business had used prior and Heverly stated "Frontier". Heverly advised the undercover Agent the new software was named "Land of Aladdin" and she would have to enter the undercover Agent into the computer system. Heverly then walked the Agent to one of the computer screens and helped the undercover Agent log into the new software. Heverly then explained to the undercover Agent the new software allowed the undercover Agent to purchase merchandise online if desired although that was not necessary to play the games or receive winnings from the gambling. The undercover Agent sat down and played several games as well as clicked the computer mouse on the online store to view the merchandise. The undercover Agent attempted to purchase a bicycle however to purchase using credit the undercover Agent would have to use email addresses as well as other information. The undercover Agent played "Luck o the Irish" and "Aladdin" games which are slot machine style games with scrolling wheels. The undercover Agent then went to the counter to cash out. Heverly paid out the undercover Agent eleven dollars in US currency. The undercover Agent then asked Heverly what the gambling business across the street was going to do reference their software. Heverly advised Aladdin's would be switching to Land of Aladdin software soon. The undercover Agent then exited the business and departed the area.

SWORN AND SUBSCRIBED BEFORE ME
THIS 2ᵛ DAY OF ꞏꞏ⁄ꞏᴄᵧ , 2015.

_____
Affiant

_____  7:05 PK
Superior Court Judge   Time

A TRUE COPY  Page 6 of 11
CLERK OF SUPERIOR CO⸱⸱
BLADEN COUNTY

00032

BLADEN COUNTY C.S.C.
2015 JUN -2 P 3: 46
FILED

BCSO 00331
Case 7:16-cv-00016-RJ  Document 97-18  Filed 03/30/18  Page 7 of 12
Rule 26(a)(1)

|  |  |
|---|---|
| (STATE OF NORTH CAROLINA ) | |
| (COUNTY OF BLADEN ) | AFFIDAVIT |
| ( ) | |

.... SEARCH WARRANT IN THE MATTER OF JEFFREY S SMITH OR ANY PERSON IN CONTROL OF ALADDIN SWEEPSTAKES, 34 THIRD STREET DUBLIN, NC. THE BUSINESS IS TAN BUILDING WITH A STONE FRONT WALL WITH A RED AWNING ON THE FRONT AND HAS SIGNAGE INDENTIFYING AS ALADDIN SWEEPSTAKES ON THE FRONT ENTRANCE DOOR.

This affiant has probable cause to believe that such illegal gaming operations are and will be continuing and that such devices and games will be found at the location to be searched.

Information obtained from the undercover operation have clearly shown that gambling operations involving video slot machines, or similar devices proscribed under Chapter 14 of the North Carolina General Statutes, *viz.*, illegal gaming operations, are primarily a cash operation, but also involve various types of computer devices, as well as paper records, and the like. This information, which has been corroborated, and this training, establishes that cash, receipts, ledgers, journals, documents, gaming devices and the like, are frequently and regularly retrieved from the gambling locations.

The nature of the gambling operations surveilled and investigated requires that the owner/operator maintain cash on hand or that is readably accessible to payout winners and other expenses. Such gaming operations often maintain large amounts of cash, but remove amounts of cash in order to avoid robberies and the like, but may often have a cachet of cash for payouts and other expenses and such cache is used not only as an instrumentality of the crime, but is typically and regularly generated as a fruit of the crime, often hidden in various small enclosures, safes, cabinets, drawers, and other enclosures. Gambling operations create records and documents that detail daily tally and receipts within the organization. These receipts and records are kept electronically, digitally, as in journals, ledgers, and separate papers and other documents.

Gambling operations involving internet sweepstakes are often billed by vendors or suppliers by email, electronically or digitally communicated records or files.

In addition, such gaming operations use, computers, peripherals, digital or electronic media, automated teller machines, money counting devices, smartphones, and other devices to facilitate the gaming operations and to supply communications and records.

The location to be searched have deployed and continue to use counter surveillance equipment such as video cameras, monitors, hard drives, modems, and communications equipment to conduct and aid and abet the illegal gaming operations.

SWORN AND SUBSCRIBED BEFORE ME
THIS _28_ DAY OF _May_ , 2015.

_____
Superior Court Judge

7:05 /A
Time

Page _7_ of _11_

Affiant
BLADEN COUNTY
S.O.

2015 JUN -2 P 3:46

FILED

00033

A TRUE COPY
CLERK OF SUPERIOR COURT
BLADEN COUNTY
Assistant Deputy Clerk Superior Court

BCSO 00332
Rule 26(a)(1)
Case 7:16-cv-00016-RJ   Document 97-18   Filed 03/30/18   Page 8 of 12

( ) 
(STATE OF NORTH CAROLINA )
(COUNTY OF BLADEN ) AFFIDAVIT
( )

.... SEARCH WARRANT IN THE MATTER OF JEFFREY S SMITH OR ANY PERSON IN CONTROL OF ALADDIN SWEEPSTAKES, 34 THIRD STREET DUBLIN, NC. THE BUSINESS IS TAN BUILDING WITH A STONE FRONT WALL WITH A RED AWNING ON THE FRONT AND HAS SIGNAGE INDENTIFYING AS ALADDIN SWEEPSTAKES ON THE FRONT ENTRANCE DOOR.

The activities and pattern of conduct observed, involving Jeffrey S Smith, and his employees have been shown to be consistent with the patterns and customs and practices of those involved in illegal gaming operations, and in light of the fact that members of the Cumberland County Sheriff's Office operating in an undercover capacity have personally seen and observed the illegal gaming activity at the Aladdin Sweepstakes owned and/or operated by Jeffrey S Smith and his agents.

The information sought is relevant and material to an ongoing criminal investigation that the Bladen County Sheriff's Office is conducting and will further produce evidence and reveal actions and activities conducted in violation of N.C. General Statute § 14-292. Gambling, § 14-304. Manufacture, sale, etc., of slot machines and devices, § 14-305. Agreements with reference to slot machines or devices made unlawful, § 14-306.1A. Types of machines and devices prohibited by law, § 14-306.4 Electronic machines and devices for sweepstakes prohibited; and other violations of Part 1 of Article 37 A of the North Carolina General Statutes; and that there is probable cause to believe that evidence of the commission of these and other criminal acts as well as fruits and instrumentalities of the crime will be found in the place and the property to be searched.

Based on the totality of the circumstances, a search warrant should be granted to search the location indicated and to seize the items of property indicated and further to search such items, including, but not limited to, documents, records, computer devices, files, and the like, and further, this affiant submits that should the court authorize the search warrant for this location and this property, Bladen County Sheriff's Office personnel may locate and seize a quantity of illegal video gaming instruments, proceeds of illegal gaming, documents showing facilitation and ownership.

SWORN AND SUBSCRIBED BEFORE ME
THIS _28_ DAY OF _May_, 2015.

_____  _7:05 PM_
Superior Court Judge          Time

A TRUE COPY
CLERK OF SUPERIOR COURT
BLADEN COUNTY

Page _8_ of _11_

00034

| ( | | ) | |
|---|---|---|---|
| (STATE OF NORTH CAROLINA | | ) | |
| (COUNTY OF BLADEN | | ) | AFFIDAVIT |
| ( | | ) | |

.... SEARCH WARRANT IN THE MATTER OF JEFFREY S SMITH OR ANY PERSON IN CONTROL OF ALADDIN SWEEPSTAKES, 34 THIRD STREET DUBLIN, NC. THE BUSINESS IS TAN BUILDING WITH A STONE FRONT WALL WITH A RED AWNING ON THE FRONT AND HAS SIGNAGE INDENTIFYING AS ALADDIN SWEEPSTAKES ON THE FRONT ENTRANCE DOOR.

**Location to be Searched**



SWORN AND SUBSCRIBED BEFORE ME
THIS _28_ DAY OF _May_, 2015.

_____    7:05 PM
Superior Court Judge          Time

Affiant

A TRUE COPY   Page _9_ of _11_
CLERK OF SUPERIOR COURT
BLADEN COUNTY

2015 JUN -2 P 3: 46
FILED
00035

(  )
(STATE OF NORTH CAROLINA  )
(COUNTY OF BLADEN  )     AFFIDAVIT
(  )

.... SEARCH WARRANT IN THE MATTER OF JEFFREY S SMITH OR ANY PERSON IN CONTROL OF ALADDIN SWEEPSTAKES, 34 THIRD STREET DUBLIN, NC. THE BUSINESS IS TAN BUILDING WITH A STONE FRONT WALL WITH A RED AWNING ON THE FRONT AND HAS SIGNAGE INDENTIFYING AS ALADDIN SWEEPSTAKES ON THE FRONT ENTRANCE DOOR.

**Items to be Seized and Searched**

1. Video Gaming machines and other forms of electrical, mechanical, or computer devices as defined under N.C.G.S. 14-306.1A.

2. Financial proceeds, cash, and other assets obtained as a result of dealings in illegal video gaming operations, and any containers, objects, personal property, or the like, which may enclose or contain any such objects.

3. Books, records, receipts, notes, ledgers, and other documents relating to the transportation, ordering, purchasing, and distribution, of illegal video gaming and any containers, objects, personal property, or the like, which may enclose or contain any such objects.

4. Papers, tickets, notes, schedules, receipts, and other items relating to domestic and foreign travel, and purchase, rental, or lease of automobiles and any containers, objects, personal property, or the like, which may enclose or contain any such objects.

5. Books, records, receipts, bank statements and records, money drafts, letters of credit, money orders and cashier's check receipts, bank checks, and other items evidencing the obtaining, secreting, transfer and / or concealment of assets and the obtaining, secreting, transfer, concealment and / or expenditure of money and any containers, objects, personal property, or the like, which may enclose or contain any such objects.

6. Photographs / Video, in particular photographs / video of co-conspirators, of assets, and/or of illegal video gaming and any containers, objects, personal property, or the like, which may enclose or contain any such objects.

7. Weapons, particularly firearms, including but not limited to handguns revolvers, semiautomatic pistols, and other automatic and semi-automatic weapons used as protection for illegal video gaming and other related objects.

SWORN AND SUBSCRIBED BEFORE ME
THIS 28 DAY OF May, 2015.

_____  7:05 PM
Superior Court Judge     Time

**A TRUE COPY**
CLERK OF SUPERIOR COURT
BLADEN COUNTY

Affiant

2015 JUN -2 P 3: 46

FILED

00036

Page 10 of 11
Case 7:16-cv-00016-RJ   Document 97-18   Filed 03/30/18   Page 11 of 12
BCSO 00335
Rule 26(a)(1)

(STATE OF NORTH CAROLINA )
(COUNTY OF BLADEN )        AFFIDAVIT
(                         )

.... SEARCH WARRANT IN THE MATTER OF JEFFREY S SMITH OR ANY PERSON IN CONTROL OF ALADDIN SWEEPSTAKES, 34 THIRD STREET DUBLIN, NC. THE BUSINESS IS TAN BUILDING WITH A STONE FRONT WALL WITH A RED AWNING ON THE FRONT AND HAS SIGNAGE INDENTIFYING AS ALADDIN SWEEPSTAKES ON THE FRONT ENTRANCE DOOR.

**Items to be Seized Continuation**

8. Items or articles of personal property tending to show ownership dominion, or control of the premises and including keys to the locations to be searched and any containers, objects, personal property, or the like, which may enclose or contain any such objects.

9. Business and Personal computers, laptop computers, scanners, copiers, monitors, ATM devices, money counters, handheld computers/organizers (e.g., Blackberry, iPhone, iPad, Palm etc.), computer files, indicating access to electronic mail services, hard disks, floppy disks and any other electronic media containing evidence of illegal video gaming and the amassing, transfer, secreting and laundering of money obtained from illegal video gaming to be examined by a competent forensics specialist and any containers, objects, personal property, or the like, which may enclose or contain any such objects.

10. Other fruits and instrumentalities of the crime or crimes.

SWORN AND SUBSCRIBED BEFORE ME
THIS _25_ DAY OF _May_, 2015.

_____   _7:45 M_
Superior Court Judge         Time

**A TRUE COPY**         Page _11_ of _11_
CLERK OF SUPERIOR COURT
BLADEN COUNTY

Affiant

2015 JUN -2 P 3: 46

FILED

00037

BCSO 00336
Case 7:16-cv-00016-RJ Document 97-18 Filed 03/30/18 Page 12 of 12 Rule 26(a)(1)