Exhibit R

Deposition Exhibit 52


## SUPPLEMENTAL



EXHIBIT 52

REPORTING AGENT: D. Borresen     CASE FILE #:
ACTIVITY: Undercover Operation     IRS FILE #:
VICTIM: State of North Carolina     DATE: 04/29/15

On Wednesday April 29th, 2015, at approximately 11:35 am Agent Borresen of the Cumberland County Organized Crime Unit (hereafter referred to as OCU), conducted an undercover operation on a gambling business located at 29 3rd Street in Dublin, NC which is located in Bladen County.

Agent Borresen photographed $100 of Bladen County Special Funds Money and drove to 29 3rd Street Dublin, NC which is at the intersection with Highway 87 South. At approximately 11:35 am Agent Borresen arrived at the business and pulled the CCSO undercover vehicle in front of the business and parked. The business has a large sign with "Aladdin Sweepstakes" above the door. Agent Borresen walked to the front door with a tinted window and rang the doorbell. Moments later Agent Borresen pulled on the door handle and the door opened. Agent Borresen walked into the business and observed 25 sweepstakes monitors which appeared to be operational as well as several large computers on the counters next to the flat screen computer screens. Agent Borresen walked to the second room of the three and stepped to the center bar area. In this room Agent Borresen observed 20 Sweepstakes machines some of which had the flat screen monitors mounted in Video Gaming Machine (VGM) cabinets. The monitors in this room had the words "Blue Diamond" on the screen. At the bar were four computers and an Indian female who has positively identified as April Fields. Agent Borresen advised April he had not been there before however he wanted to play. Agent Borresen handed April $20 of Bladen County SFA's and a NC driver's license. April took Agent Borresen's license and imputed Agent Borresen's license number into the computer. She then handed Agent Borresen and receipt with a Player Account number. On this receipt it also shows the amount of credit Agent Borresen was given. Agent Borresen then walked into the third room which had 25 video Sweepstakes machines and sat down at a VGM cabinet with a Sweepstakes flat screen mounted in same. April then came into the room and assisted Agent Borresen with logging in to the machine and explained how to play the game. April had also given Agent Borresen a receipt showing credit to a website called cheap2shop.com. This receipt showed Agent Borresen had $20 in credit which could be used to purchase items. Agent Borresen played several games on the Sweepstakes machine then went back to the counter to cash out. Agent Borresen requested to play the machines in the first room and again had to give April Agent Borresen's NC Drivers License to get logged into a different type of video gaming software. This time Agent Borresen was given a card with a number on it to log in. On the front of the card was printed "Tel-Connect". On the back was a number Agent Borresen was to use to log in to the Sweepstakes computer. Agent Borresen logged on and played several games on this machine. Agent Borresen then hit the "redeem" button on the computer screen and a disclaimer popped on the screen and a chance meter which had a small vertical line moving back and forth across the screen. Agent Borresen then used the computer mouse to stop the moving line along a scale allowing Agent Borresen his receive his winnings. Agent Borresen hit the stop bottom close to the 100% mark and then walked to the counter in the second room to receive his winnings. Agent Borresen then was let out by April and departed the area.

CCSO OCU            Page 1 of 2

REPORTING AGENT: D. Borresen  CASE FILE #:
ACTIVITY: Undercover Operation  IRS FILE #:
VICTIM: State of North Carolina  DATE: 04/29/15

Later Agent Borresen using the internet tried to redeem the $20 credit which was shown on the receipt of the cheap2shop.com website and was unable to purchase and merchandise.


BCSO 00344
Rule 26(a)(1)






BCSO 00345
Rule 26(a)(1)

# BLADEN COUNTY SHERIFF'S OFFICE
# EXPENSE REPORT



**SOURCE FEE/SOURCE EXPENSE (SF)**

I, _____ HAVE ON THIS DATE RECEIVED FROM
_____ THE SUM $ _____ FOR INFORMATION GIVEN
AND /OR EXPENSE INCURRED IN THE CASE.

DATE: _____ CASE# _____

SOURCE NAME (PRINT) _____
SOURCE SIGNATURE _____
OFFICER'S NAME (PRINT) _____
OFFICERS SIGNATURE _____
WITNESS NAME (PRINT) _____
WITNESS SIGNATURE _____

**CONTROLLED PURCHASE BY SOURCE (CS)**

ON THIS DATE FUNDS IN THE AMOUNT OF $ _____ WERE FURNISHED TO
_____ BY _____ FOR THE
CONTROLLED PURHCASE OF _____ AS EVIDENCE IN THIS CASE.

DATE: _____ CASE# _____

SOURCE NAME (PRINT) _____
SOURCE SIGNATURE _____
OFFICER NAME (PRINT) _____
OFFICERS SIGNATURE _____
WITNESS NAME (PRINT) _____
WITNESS SIGNATURE _____

**UNDERCOVER PURCHASE BY OFFFICER (UC)**

ON THIS DATE FUNDS IN THE AMOUNT OF $ 60.00 WERE EXPENSED BY
Inv. Allen . FOR THE UNDERCOVER PURCHASE OF
Sweep Stakes Play AS EVIDENCE IN THIS CASE.

DATE: 5/4/15 CASE# 2015-1187/2015-1188
SOURCE NAME (PRINT) David Bowese
SOURCE SIGNATURE _____
OFFICER NAME (PRINT) Jeff Tyler
OFFICER SIGNATURE JL Tyler
WITNESS NAME (PRINT) Richard Allen
WITNESS SIGNATURE _____

**OFFICER EXPENSE (other than above ) (OE)**
ON THIS DATE FUNDS IN THE AMOUNT OF $ _____ WERE EXPENDED BY
_____ IN THIS CASE. THESE FUNDS WERE USED TO
_____

DATE: _____ CASE# _____

OFFICER NAME (PRINT) _____
OFFICER SIGNATURE _____