Exhibit S

Deposition Exhibit 53



## SUPPLEMENTAL

REPORTING AGENT: D. Borresen  CASE FILE #:
ACTIVITY: Undercover Operation  IRS FILE #:
VICTIM: State of North Carolina  DATE: 05/04/15

On Monday May 4th, 2015, at approximately 11:26 am Agent Borresen of the Cumberland County Organized Crime Unit (hereafter referred to as OCU), conducted an undercover operation on an underground gambling business located at 29 3rd Street as well as 34 3rd Street in Dublin, NC which is located in Bladen County.

Agent Borresen photographed $100 of Bladen County Special Funds Money and drove to 29 3rd Street Dublin, NC which is at the intersection with Highway 87 South. At approximately 11:26 am Agent Borresen arrived at the business and pulled the CCSO undercover vehicle in front of the business and parked. The business has a large sign with "Aladdin Sweepstakes" above the door. Agent Borresen walked to the front door with a tinted window and rang the doorbell. Moments later Agent Borresen pulled on the door handle and the door opened. Agent Borresen walked into the business and observed 25 sweepstakes monitors which appeared to be operational as well as several large computers on the counters next to the flat screen computer screens. Agent Borresen walked to the second room of three and stepped to the center bar area. In this room Agent Borresen observed 20 Sweepstakes machines some of which had the flat screen monitors mounted in Video Gaming Machine (VGM) cabinets. The monitors in this room had the words "Blue Diamond" on the screen. At the bar were four computers and an Indian female who has positively identified as Brittney Meshaw Heverly. Agent Borresen handed Heverly $20 of Bladen County SFA's and a NC driver's license as well as the Tel-Connect card Agent Borresen had received on a previous operation. Heverly took Agent Borresen's license and imputed Agent Borresen's license number into the computer. Agent Borresen walked back into the first room and logged into one of the computers. Next to Agent Borresen sitting on the counter top was what appeared to be a large computer terminal. After playing several games in the computer Agent Borresen then hit the "redeem" button on the computer screen and a disclaimer popped on the screen and a chance meter which had a small vertical line moving back and forth across the screen. Agent Borresen then used the computer mouse to stop the moving line along a scale allowing Agent Borresen his receive his winnings. Agent Borresen hit the stop bottom close to the 100% make and then walked to the counter in the second room to receive his winnings. Agent Borresen was paid out by Heverly. Agent Borresen then handed Heverly $20 of SFA money and a NC driver's license so Agent Borresen could then play the machines in the second room which had "Blue Diamond" software listed on the screen. Agent Borresen logged onto the machine near the bar and next to the restrooms. Agent Borresen played Keno as well as a version of poker or card game on the machine. Agent Borresen then hit the cash out button on the screen and went to the counter to get Agent Borresen's winnings. On this machine there was no chance meter to cash out. Heverly handed Agent Borresen the winnings and Agent Borresen exited out of the front door.

Agent Borresen then got into a Cumberland County vehicle and drove directly across the street to 34 3rd Street which is the business on the far right of the shopping center and has a name of "Lil Aladdin". Agent Borresen walked in walked in and towards the back

**CCSO OCU**  Page 1 of 2



## SUPPLEMENTAL

REPORTING AGENT: D. Borresen  
ACTIVITY: Undercover Operation-  
VICTIM: State of North Carolina  

CASE FILE #:  
IRS FILE #:  
DATE: 05/04/15  

where an Indian female was sitting behind the counter. The female has been positively identified as Sonya Lenore Silva. Agent Borresen handed Silva $20 of SFA money and an NC Drivers License. Silva handed Agent Borresen a receipt with a log in number. Agent Borresen walked to a machine on the right hand side of the business and logged in. Each monitor had a computer terminal underneath it sitting on a small shelf under the counter. Agent Borresen logged on and played several games of various slot style games. Agent Borresen then hit the cash out button of the screen and went to the counter to retrieve his winnings. Silva handed Agent Borresen his winnings. Silva advised Agent Borresen they opened at 10:00 am and would close at night when they only had a few players left but it was usually 10:00 pm. Silva further advised the place meaning Aladdin's' Sweepstakes across the street was open later if someone wanted to player later. Agent Borresen left the business shortly after.

BCSO 00348  
Case 7:16-cv-00016-RJ   Document 97-20   Filed 03/30/18   Page 3 of 3 Rule 26(a)(1)