# Exhibit U

# Deposition Exhibit 55

 

REPORTING AGENT: D. Borresen     CASE FILE #:
ACTIVITY:     Undercover Operation     IRS FILE #:
VICTIM:     State of North Carolina     DATE:     05/26/15

On Tuesday May 26th, 2015, at approximately 10:27 am Agent Borresen of the Cumberland County Organized Crime Unit (hereafter referred to as OCU), conducted an undercover operation on an underground gambling business located at 29 3rd Street known as Aladdin Sweepstakes as well as a business known as Lil Aladdin located at 34 3rd Street in Dublin, NC which is located in Bladen County.

Agent Borresen photographed $100 of Bladen County Special Funds Money and drove to 29 3rd Street Dublin, NC which is at the intersection with Highway 87 South. At approximately 10:27am Agent Borresen arrived at the business and pulled the CCSO undercover vehicle in front of the business and parked. The business has a large sign with "Aladdin Sweepstakes" above the door. Agent Borresen walked to the front door with a tinted window and rang the doorbell. Moments later Agent Borresen pulled on the door handle and the door opened. Agent Borresen walked into the business and observed 25 sweepstakes monitors which appeared to be operational as well as several large computers on the counters next to the flat screen computer screens. Agent Borresen walked to the second room of three and stepped to the center bar area. In this room Agent Borresen observed 20 Sweepstakes machines some of which had the flat screen monitors mounted in Video Gaming Machine (VGM) cabinets. The monitors in this room had the words "Blue Diamond" on the screen. At the bar were four computers and an Indian female who has positively identified as Sonya Silva. Agent Borresen had previously met Silva at the gambling business across the street known as Lil Aladdin on several occasion. Agent Borresen asked Silva what she was doing there and Silva replied she worked both locations. Agent Borresen handed Silva $20 of Bladen County SFA's and a NC driver's license. Silva took Agent Borresen's license and imputed Agent Borresen's license number into the computer. Agent Borresen walked into the third room and attempted to log into one of the computers but was unable to. Agent Borresen walked back to the counter and waited for Silva to come assist Agent Borresen with logging in. Silva then walked into the back room and logged Agent Borresen into one of the computers. After playing the game Double Wilds Triple on the computer Agent Borresen then hit the "redeem" button on the computer screen. Agent Borresen then walked to the counter in the second room to receive his winnings. Agent Borresen was paid out thirteen dollars in US Currency by Silva. Agent Borresen then exited out of the front door.

Agent Borresen then got into a Cumberland County vehicle and drove directly across the street to 34 3rd Street which is the business on the far right of the shopping center and has a name of "Lil Aladdin". Agent Borresen walked in and towards the back where a white female was sitting behind the counter. The female has been positively identified as Brittney Moshaw Heverly. Agent Borresen had met Heverly at the gambling location across the street. Heverly asked Agent Borresen if Agent Borresen had ever been to this location. Agent Borresen replied "Yes" and handed Heverly, a NC Driver's License as well as twenty dollars in SFA moneys. Heverly was unable to located Agent Borresen in the computer system and asked Agent Borresen when Agent Borresen had been to this

**CCSO OCU**          **Page 1 of 2**

 

REPORTING AGENT: D. Borresen      CASE FILE #:
ACTIVITY:      Undercover Operation      IRS FILE #:
VICTIM:      State of North Carolina      DATE:      05/26/15

location. Agent Borresen advised a week or so prior. Heverly stated they had changed software providers because the provider they used was leaving the state and they had gotten a new gambling software. Agent Borresen asked which software the business had used prior and Heverly stated "Frontier". Heverly advised Agent Borresen the new software was named "Land of Aladdin" and she would have to enter Agent Borresen into the computer system. Heverly then walked Agent Borresen to one of the computer screens and helped Agent Borresen log into the new software. Heverly then explained to Agent Borresen the new software allowed Agent Borresen to purchase merchandise online if desired although that was not necessary to play the games or receive winnings from the gambling. Heverly further explained what she called a dexterity test which is required to receive winnings. Heverly stated this dexterity test is what makes this gambling "legal". Agent Borresen sat down and played several games as well as clicked the computer mouse on the online store to view the merchandise. Agent Borresen attempted to purchase a bicycle however to purchase using credit Agent Borresen would have to use email addresses as well as other information. Agent Borresen then scrolled through to the dexterity test. This was a sort of stop watch which simply counted to 1000 and the player was to stop the stop watch as close to 1000 as possible by only clicking the computer mouse with the players finger. Agent Borresen did this as won eleven dollars in credit. Agent Borresen then went to the counter to cash out. Heverly gave Agent Borresen eleven dollars in US currency. Agent Borresen then asked Heverly what the gambling business across the street was going to do reference their software. Heverly advised Aladdin's would be switching to Land of Aladdin software soon. Agent Borresen then exited the business and departed the area.

00060      BCSO 00358

Case 7:16-cv-00016-RJ   Document 97-22   Filed 03/30/18   Page 3 of 5   Rule 26(a)(1)






BCSO 00359
Rule 26(a)(1)

 

BCSO 00360
Rule 26(a)(1)