Exhibit W

Deposition Exhibit 68



(STATE OF NORTH CAROLINA  )
(COUNTY OF BLADEN         )                    AFFIDAVIT
(                         )

.... SEARCH WARRANT IN THE MATTER OF JEFFREY S SMITH OR ANY PERSON IN CONTROL OF ALADDIN SWEEPSTAKES, 34 THIRD STREET DUBLIN, NC. THE BUSINESS IS TAN BUILDING WITH A STONE FRONT WALL WITH A RED AWNING ON THE FRONT AND HAS SIGNAGE INDENTIFYING AS ALADDIN SWEEPSTAKES ON THE FRONT ENTRANCE DOOR.

The undercover Agent then got into a Cumberland County vehicle and drove directly across the street to 34 3rd Street which is the business on the far right of the shopping center and has a name of "Lil Aladdin". The undercover Agent walked in and towards the back where a white female was sitting behind the counter. The female has been positively identified as Brittney Meshaw Heverly. The undercover Agent had met Heverly at the gambling location across the street. Heverly asked the undercover Agent if the Agent had ever been to this location. The undercover Agent replied "Yes" and handed Heverly, a NC Driver's License as well as twenty dollars in SFA moneys. Heverly was unable to locate the Agent in the computer system and asked the Agent when the Agent had been to this location. The undercover Agent advised a week or so prior. Heverly stated they had changed software providers because the provider they used was leaving the state and they had gotten new gambling software. The undercover Agent asked which software the business had used prior and Heverly stated "Frontier". Heverly advised the undercover Agent the new software was named "Land of Aladdin" and she would have to enter the undercover Agent into the computer system. Heverly then walked the Agent to one of the computer screens and helped the undercover Agent log into the new software. Heverly then explained to the undercover Agent the new software allowed the undercover Agent to purchase merchandise online if desired although that was not necessary to play the games or receive winnings from the gambling. The undercover Agent sat down and played several games as well as clicked the computer mouse on the online store to view the merchandise. The undercover Agent attempted to purchase a bicycle however to purchase using credit the undercover Agent would have to use email addresses as well as other information. The undercover Agent played "Luck o the Irish" and "Aladdin" games which are slot machine style games with scrolling wheels. The undercover Agent then went to the counter to cash out. Heverly paid out the undercover Agent eleven dollars in US currency. The undercover Agent then asked Heverly what the gambling business across the street was going to do reference their software. Heverly advised Aladdin's would be switching to Land of Aladdin software soon. The undercover Agent then exited the business and departed the area.

SWORN AND SUBSCRIBED BEFORE ME
THIS _24_ DAY OF _May_, 2015.

_____    Affiant
Superior Court Judge    7:05 PM
                        Time

A TRUE COPY  Page 6 of 11
CLERK OF SUPERIOR COURT
BLADEN COUNTY

BLADEN COUNTY C.S.O.
2015 JUN -2 P 3: 46
FILED

00032

BCSO 00331
Rule 26(a)(1)

EXHIBIT 68

Case 7:16-cv-00016-RJ   Document 97-24   Filed 03/30/18   Page 2 of 2