Exhibit X

Deposition Exhibit 75

