IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:16-cv-00016-RJ

| | |
|---|---|
| CYBERNET LLC; and ALADDIN REAL ESTATE, LLC,<br><br>            Plaintiffs,<br><br>v.<br><br>JONATHAN DAVID, in his personal capacity and his official capacity as District Attorney for the 13th Prosecutorial District of North Carolina; JAMES McVICKER, in his personal and his official capacity as Sheriff of Bladen County, North Carolina; and TRAVIS DEAVER, in his personal and official capacity as a Deputy Sheriff of Bladen County, North Carolina,<br><br>            Defendants. | |

## PLAINTIFFS' APPENDIX TO LOCAL CIVIL RULE 56.1 OBJECTION AND RESPONSE TO DEFENDANTS JAMES McVICKER AND TRAVIS DEAVER'S STATEMENT OF MATERIAL FACTS

Pursuant to Local Civil Rule 56.1, Plaintiffs Cybernet, LLC and Aladdin Real Estate, LLC, respectfully submit this Appendix to Local Civil Rule 56.1 Statement of Material Facts in opposition to Defendants James McVicker and Travis Deaver's Motion for Summary Judgment. These documents are cited in Plaintiffs' Local Rule 56.1 Objection and Response to Defendants James McVicker and Travis Deaver's Statement of Material Facts and in Plaintiffs' Memorandum in Opposition to Defendants James McVicker and Travis Deaver's Motion for Summary Judgment:

| CITATION REFERENCE | DESCRIPTION |
|---|---|
| Exhibit 1 | Declaration of Randy Deaver |

1

4829-2931-5387, v. 1

Respectfully submitted this the 30th day of March, 2018.

                                      MORNINGSTAR LAW GROUP

                                      /s/ Keith P. Anthony
                                      William J. Brian, Jr.
                                      N.C. State Bar No. 16570
                                      bbrian@morningstarlawgroup.com
                                      Keith P. Anthony
                                      N.C. State Bar No. 28405
                                      kanthony@morningstarlawgroup.com
                                      Morningstar Law Group
                                      112 West Main Street, Second Floor
                                      Durham, NC 27701

                                      *Attorneys for Cybernet, LLC and Aladdin Real Estate, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing PLAINTIFFS' APPENDIX TO LOCAL CIVIL RULE 56.1 OBJECTION AND RESPONSE TO DEFENDANTS JAMES McVICKER AND TRAVIS DEAVER'S STATEMENT OF MATERIAL FACTS was filed with the Clerk of Court for the Eastern District of North Carolina using the CM/ECF system, which will send notification of such filing to the following:

>David J. Adinolfi II
>Special Deputy Attorney General
>North Carolina Attorney General's Office
>114 W. Edenton Street
>Post Office Box 629
>Raleigh, NC 27602-0629
>dadinolfi@ncdoj.com
>
>Christopher J. Geis, Esq.
>Patrick G. Spaugh, Esq.
>Womble Bond Dickinson (US), LLP
>One West Fourth Street
>Winston-Salem, NC 27101
>Chris.Geis@wbd-us.com
>Patrick.Spaugh@wbd-us.com

This the 30th day of March, 2018.

>MORNINGSTAR LAW GROUP
>
>/s/ Keith P. Anthony
>Keith P. Anthony
>N.C. State Bar No. 28405
>kanthony@morningstarlawgroup.com
>Morningstar Law Group
>112 West Main Street, Second Floor
>Durham, NC 27701
>
>*Attorneys for Cybernet, LLC and Aladdin Real Estate, LLC*