# Exhibit 1
# Declaration of Randy Deaver

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# CIVIL ACTION NO.: 7:16-CV-16-RJ

| | |
|---|---|
| CYBERNET, LLC and ALADDIN REAL ESTATE, LLC,<br><br>          Plaintiffs,<br><br>v.<br><br>JONATHAN DAVID, in his personal capacity and his official capacity as District Attorney for the 13th Prosecutorial District of North Carolina; JAMES MCVICKER, in his personal capacity and his official capacity as Sheriff of Bladen County, North Carolina; and TRAVIS DEAVER, in his personal capacity and his official capacity as a Deputy Sheriff of Bladen County, North Carolina,<br><br>          Defendants. | **DECLARATION OF RANDY DEAVER** |

I, Randy Deaver, declare under penalty of perjury under the laws of the State of North Carolina and the United States that:

1. My name is Randy Deaver. I am over eighteen years of age and of sound mind, and am fully competent to make this declaration. I have personal knowledge of the facts stated herein and such facts are true and correct.

2. I am a resident of Bladen County, North Carolina.

3. I personally know Chad Britt, who also is a resident of Bladen County, North Carolina. I live fairly close to him. I have known him for more than ten (10) years, and know him to be employed as a deputy in the Bladen County Sheriff's office. When we see each other around, we typically stop and talk for a little while about our families, our lives and work.

4. Chad is aware from our prior conversations that I have worked for Jeff Smith's and Holly Smith's businesses at the Big Aladdin and Little Aladdin stores in Dublin, North Carolina.

5. In the summer of 2017, I was riding an ATV four-wheeler when I rode by Chad's house. I saw Chad outside washing his car in the driveway of his home. I stopped to say hello to and to talk with Chad.

6. During that conversation, Chad talked about his work at the Bladen County Sheriff's office. On his own without me bringing up the subject, he began talking about the raids that were conducted by the Bladen County Sheriff's office that took place at the Big Aladdin and Little Aladdin store in Dublin. Chad told me that he felt bad for what happened with the raids to Jeff and Holly Smith, because he believed that they were good people. Chad also told me he had participated in the raids, and that prior to the raids, there was a meeting that took place, in which Sheriff McVicker instructed him and the other deputies present to "take everything fucking thing out" of the stores when they seized the property.

7. I understood Chad to be quoting Sheriff McVicker when he made that statement, because Chad does not cuss or swear when he talks to me.

8. After my conversation with Chad, I reported what he said about Sheriff McVicker to Jeff Smith.

I, declare under penalty of perjury under the laws of North Carolina and the United States, that the foregoing is true and correct.

Dated this the 30 day of March, 2018.

*Randy Deaver*
Randy Deaver