1       IN THE UNITED STATES DISTRICT COURT
    FOR THE EASTERN DISTRICT OF NORTH CAROLINA
2             SOUTHERN DIVISION
        CASE NO. 7:16-cv-00016-RJ
3                               )
  CYBERNET LLC; and ALADDIN REAL ESTATE,  )
4  LLC,                           )
                              )
5                               )
    Plaintiffs,                 )
6                               )
  VS.                           )
7                               )
                              )
8  JONATHAN DAVID, in his personal     )
  capacity and his official capacity as  )
9  District Attorney for the 13th      )
  Prosecutorial District of North     )
10 Carolina; JAMES McVICKER, in his     )
  personal and his official capacity as  )
11 Sheriff of Bladen County, North      )
  Carolina; and TRAVIS DEAVER, in his   )
12 personal and official capacity as a   )
  Deputy Sheriff of Bladen County, North )
13 Carolina,                     )
                              )
14                               )
    Defendants.                 )
15

16

17

18

19

20

21   VIDEOTAPED DEPOSITION OF DAVID BORRESEN

22   At Fayetteville, North Carolina
    September 27th, 2017
23   10:06 a.m.
    Reported by: Leslie Christian

24

25

1    Q.    What did you do when you got there?

2    **A.    I rang the bell and went inside.**

3    Q.    Rang the bell at which -

4    **A.    The doorbell at big Aladdin.**

5    Q.    What were you wearing?

6    **A.    I mean, jeans and a T-shirt a --**

7    Q.    You mentioned a ski mask earlier?

8    **A.    A Balaclava, yes.  Not at that time.  After**

9  **it was secured, yes.  It might have been a different**

10 **outcome if I walked in with -- it would have made for a**

11 **better deposition.**

12    Q.    Did you have any weapons with you when you

13 arrived?

14    **A.    Yes.**

15    Q.    What sort of weapons did you have?

16    **A.    My county-issued pistol which was hidden on**

17 **me.**

18    Q.    All right.  So you rang the doorbell at the

19 big Aladdin and then what happened next?

20    **A.    They let me in and I went on inside.**

21    Q.    What happened after you went in?

22    **A.    I went over by the counter by the end.  The**

23 **concern was some of these -- I don't know about here,**

24 **but some of these type of sweepstakes places have what**

25 **they call a kill switch which is where you can hit a**

1 button and it will cut off the service to the Internet.

2 Basically you lose any type of data that you might be

3 able to get from the servers.  So the concern was if

4 there was one.  So I was there to make sure that the

5 clerk didn't dive for some kill switch that may or may

6 not exist.

7           So I went in stood at the end of the

8 counter near the opening which for a brief second was

9 kind of odd because it's not the normal place you would

10 stand.  So it was like a weird moment where they're

11 looking at me.  And then the deputies came in and of

12 course I there to make sure nothing happened.  It

13 happened before in other places so it was just a

14 concern.

15      Q.   How did the other sheriff deputies get into

16 the big Aladdin store?

17      A.   Pushed the button and came in.

18      Q.   So they were let in voluntarily?

19      A.   Yes.

20      Q.   All right.  So at some point you put on a

21 mask?

22      A.   Yes.

23      Q.   When did you put it on?

24      A.   It was either right then or maybe after we

25 let the patrons out.  There were a couple of people in

1 there.

2      Q.   Why did you put a mask on?

3      **A.   Just to protect my identity.  I have to do**

4 **further investigations.**

5      Q.   Protect your identity from who at that

6 point?

7      **A.   Well, at that point it would have been from**

8 **other patrons in case they go to another game -- or**

9 **sweepstakes or POG-type place I can go in and play and**

10 **they wouldn't know it was me.  The clerk is going to**

11 **show looking at me and then I put a mask on so it's**

12 **kind of -- or like when I kept going outside so that --**

13 **as people were across the street watching what's going**

14 **on that they don't know who I am.**

15      Q.   So did you keep your mask on for the

16 remainder of the time?

17      **A.   When I was outside.  If I was inside I took**

18 **it off because there was no one left.**

19      Q.   When the sheriff deputies came into the big

20 Aladdin store what were they wearing?

21      **A.   Just regular marked uniforms.**

22      Q.   Did they have weapons with them?

23      **A.   I would hope so.  They weren't drawn, if**

24 **that's what you're asking.**

25      Q.   Well, I was going to ask that.  At any