IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:16-CV16-RJ

```
CYBERNET, LLC and ALADDIN REAL      )
ESTATE, LLC,                        )
                                    )
            Plaintiffs,             )
                                    )
     vs.                            )    D E P O S I T I O N
                                    )
JONATHAN DAVID, in his personal     )
capacity and his official capacity  )
as District Attorney for the 13th   )
Prosecutorial District of North     )
Carolina; JAMES McVICKER, in his    )
personal capacity and his official  )
capacity as Sheriff of Bladen       )
County, North Carolina; and TRAVIS  )
DEAVER, in his personal capacity    )
and his official capacity as a      )
Deputy Sheriff of Bladen County,    )
North Carolina,                     )
                                    )
            Defendants.             )
------------------------------------
```

_____

JEFFREY SCOTT SMITH
_____


TAKEN AT THE LAW OFFICES OF:
MORNINGSTAR LAW GROUP
112 West Main Street, Second Floor
Durham, NC  27701


09-26-17
10:03 O'CLOCK A.M.
_____

Cindy A. Fletcher
Court Reporter


Chaplin & Associates
20006 North Cove Road, Suite 100
Cornelius, NC  28031
(336) 992-1954

1     Q.  Is that -- is that accurate?
2     A.  With some clarification.  Okay.  The
3  check that was given to him -- I'm not a -- I'm
4  pretty sure it was from a joint account from Ted,
5  I think probably with his wife.  It was -- I was
6  given it to them.  I mean, I personally brought
7  the check to him and laid it on the coffee table.
8  And that's what the amount of the check was -- is
9  accurate.
10    Q.  Okay.  I just wanted to clarify that the
11 check was not, in fact, from you in this sentence.
12    A.  It was not from a account from myself
13 and Mrs. Smith, that's correct.
14    Q.  Thank you.
15    A.  It was a -- as I've already disclosed,
16 it was a check.
17    Q.  All right.  Now if you could turn to the
18 previous page.
19    A.  Okay.
20    Q.  All right.  Near the bottom of par --
21 the last paragraph -- it should be the answer to
22 Interrogatory 14, it states, "Mr. Smith spent over
23 an hour explaining how his promotions operated and
24 complied with the law."  Can you tell me to the
25 best recollection, what the contents of this