FILED:  November 29, 2018

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 18-2420
(7:16-cv-00016-RJ)

_____

CYBERNET, LLC; ALADDIN REAL ESTATE, LLC

Plaintiffs - Appellants

v.

JONATHAN DAVID, in his personal capacity and his official capacity as District
Attorney for the 13th Prosecutorial District of North Carolina; JAMES
MCVICKER, in his personal capacity an in his official capacity as Sheriff of
Bladen County, North Carolina; TRAVIS DEAVER, in his personal capacity and
his official capacity as a Deputy Sheriff of Bladen County, North Carolina

Defendants - Appellees

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of North Carolina at Wilmington |
|---|---|
| Originating Case Number | 7:16-cv-00016-RJ |
| Date notice of appeal filed in originating court: | 11/28/2018 |
| Appellant (s) | Cybernet, LLC; Aladdin Real Estate, LLC |
| Appellate Case Number | 18-2420 |

| Case Manager | Jeffrey S. Neal<br>804-916-2729 |
|---|---|